UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.                                          Case No. 8:08-mc-60-T-24 TBM

MICHAEL A. PLAUCHE,

      Respondent.
_____/

## O R D E R

This cause comes before the Court on the Government's Petition to Enforce Internal Revenue Service Summons. (Doc. No. 1). This petition was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoun has filed his report recommending that the motion be granted. (Doc. No. 6). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 6) is adopted and incorporated by reference in this Order of the Court.

    (2)    The Government's Petition to Enforce Internal Revenue Service Summons (Doc. No. 1) is **GRANTED**.

(3) Michael A. Plauche is directed to appear before Revenue Officer Steven Brewington, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Brewington or his designee, to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the summons.

(4) Petitioner is awarded the costs of maintaining this action.

(5) The Clerk is directed to enter judgment in favor of Petitioner and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of August, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
All Parties and Counsel of Record